IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A RIVERA MERCADO<br>SSN #1092<br>    Debtor | CASE NO. 20-00048 MCF<br><br>CHAPTER 13 |

NOTICE of APPEARANCE & REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS & DOCUMENTS

COMES NOW L.A. MORALES & ASSOCIATES P.S.C. by the undersigned attorney and hereby assumes and enters its appearance in this case on behalf of **Zoraida Montañez Carrasquillo**. Pursuant to §102(1) and §342 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be given to and served upon the undersigned at the office and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also pleadings, orders, notices and other documents filed and entered in these cases or any related proceedings be served on the undersigned attorney.

ALSO TAKE FURTHER NOTICE that, this creditor was omitted from the list of creditors until February 17, 2020 but did not notice creditor with the amendment at doc #12. Refer to certificate of service by debtor on doc #12. Creditor has just received the *Minutes from Confirmation Hearing* docs #17, #19 and #20 and became cognizant of this debtor's third bankruptcy case on May 1, 2020.

WHEREFORE creditor and/or party in interest herein respectfully requests that notice be taken of counsel's appearance on their behalf and requests that all future notices and orders be served on counsel and add the foregoing to such mailing matrix as may be used for all purposes in these cases.

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the UST and to the Chapter 13 Trustee and to all subscribed users.

In Caguas, Puerto Rico, this May 4, 2020

*RESPECTFULLY SUBMITTED,*

s/**LA Morales**
LYSSETTE A MORALES VIDAL
USDC PR #120011

L. A. MORALES & ASSOCIATES PSC
URB VILLA BLANCA
#76 AQUAMARINA STREET
CAGUAS PR 00725-1908
TEL. (787)746-2434 eFAX 855-298-2515
E-mail: lamoraleslawoffice@gmail.com &
irma.lamorales@gmail.com

*For creditor Zoraida Montañez Carrasquillo*